NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FIDEL H. PAJARILLO,<br><br>Debtor,<br>_____<br><br>FIDEL H. PAJARILLO,<br><br>Appellant,<br><br>v.<br><br>RICK A. YARNALL, Ch. 13 Trustee; U.S. BANK,<br><br>Appellees. | No. 21-16708<br><br>D.C. No. 2:19-cv-02106-GMN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted July 12, 2022[**]

Before:    SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Chapter 13 debtor Fidel H. Pajarillo appeals pro se from the district court's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

order denying his motion for relief under Federal Rule of Civil Procedure 60(b) in his appeal of his bankruptcy action.  We have jurisdiction under 28 U.S.C. § 158(d).  We review for an abuse of discretion.  *Valdivia v. Schwarzenegger*, 599 F.3d 984, 988 (9th Cir. 2010).  We affirm.

The district court did not abuse its discretion in denying Pajarillo's Rule 60(b) motion because Pajarillo presented no basis for post-judgment relief.  *See* Fed. R. Civ. P. 60(b); *Sch. Dist. No. 1J, Multnomah County., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (setting forth grounds for reconsideration under Federal Rule of Civil Procedure 60).

We reject as without merit Pajarillo's accusations of misconduct by the district judge.

**AFFIRMED.**